IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 11-CR-30214-MJR |
| ANTHONY GREEN, | ) |
| Defendant. | ) |

### ORDER

Before the Court is a motion by the Defendant Anthony Green requesting that he be allowed to travel to Memphis, Tennessee, during the period of May 18, 2012 through May 21, 2012 (Doc. 25). The Government takes no position on this motion.

The Court being fully advised of the matters alleged herein, **GRANTS** Defendant's Motion (Doc. 25) and allows the Defendant to travel to Memphis, Tennessee, during the period of May 18, 2012 through May 21, 2012.

**IT IS SO ORDERED.**

**DATED: May 17, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**